AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORPORATION, CARNIVAL PLC and CUNARD LINE, LTD.

Plaintiff

v.

ROLLS-ROYCE PLC, ROLLS-ROYCE AB, et al

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Rolls-Royce North America Holdings, Inc.,
Through its Registered Agent for Service of Process
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525
OR
14850 Conference Center Dr.
Chantilly, VA 20151-3820

OR: Through its Registered Agent for Service of Process
Corporation Service Company
11 S. 12th Street
P. O. Box 1463
Richmond, VA 23218-0000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio J. Rodriguez, Esquire, George J. Fowler, III, Esquire and Maria Isabel Hoelle, Esquire
FOWLER RODRIGUEZ VALDES-FAULI
Attorneys for Plaintiff
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Steven M. Larimore
CLERK OF COURT

DEC 15 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORPORATION,
CARNIVAL PLC and CUNARD
LINE, LTD.

Plaintiff

v.

ROLLS-ROYCE PLC, ROLLS-
ROYCE AB, et al

Defendant



## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Rolls-Royce Commercial Marine, Inc.,
Through its Registered Agent,
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525
OR
14850 Conference Center Dr.
Chantilly, Virginia 20151

OR: Through its Registered Agent for Service of Process
Corporation Service Company
11 S. 12th Street
P. O. Box 1463
Richmond, Virginia 23218-0000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio J. Rodriguez, Esquire, George J. Fowler, III, Esquire and Maria Isabel Hoelle, Esquire
FOWLER RODRIGUEZ VALDES-FAULI
Attorneys for Plaintiff
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 5 2008

Steven M. Larimore
CLERK OF COURT          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORPORATION,
CARNIVAL PLC and CUNARD
LINE, LTD.

Plaintiff

v.

ROLLS-ROYCE PLC, ROLLS-
ROYCE AB, et al

Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Converteam, Inc.,
Through its Registered Agent for Service of Process
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
OR
155 South Miami Avenue, Suite 200
Miami, Florida 33130

OR:
610 Epsilon Dr.
Pittsburgh, PA 15328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio J. Rodriguez, Esquire, George J. Fowler, III, Esquire and Maria Isabel Hoelle, Esquire
FOWLER RODRIGUEZ VALDES-FAULI
Attorneys for Plaintiff
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 5 2008

**Steven M. Larimore**
CLERK OF COURT

(BY) DEPUTY CLERK                    DATE

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORPORATION,
CARNIVAL PLC and CUNARD
LINE, LTD.

Plaintiff

v.

ROLLS-ROYCE PLC, ROLLS-
ROYCE AB, et al

Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Rolls-Royce AB
68129 Kristinehamn
Sweden
OR:
Through the Hague Convention
Box 1010, S-681
29 Kristinehamn, Sweden
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio J. Rodriguez, Esquire, George J. Fowler, III, Esquire and Maria Isabel Hoelle, Esquire
FOWLER RODRIGUEZ VALDES-FAULI
Attorneys for Plaintiff
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Steven M. Larimore                                    DEC 1 5 2008
CLERK OF COURT                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORPORATION,
CARNIVAL PLC and CUNARD
LINE, LTD.

                Plaintiff

v.

ROLLS-ROYCE PLC, ROLLS-
ROYCE AB, et al

                Defendant

*(Filed stamp: STEVEN M. LARIMORE, CLERK U.S. DIST. CT., S.D. OF FLA - MIA, 08 DEC 15 PM 3:26)*

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Rolls-Royce PLC,
Through the Hague Convention
Box 1010, S-681
29 Kristinehamn, Sweden
United Kingdom

OR:
65 Buckingham Gate
London, England SW1E 6AT
United Kingdom

OR: Through the Hague Convention
65 Buckingham Gate
London, England SW1E 6AT
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antonio J. Rodriguez, Esquire, George J. Fowler, III, Esquire and Maria Isabel Hoelle, Esquire
FOWLER RODRIGUEZ VALDES-FAULI
Attorneys for Plaintiff
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 5 2008

Steven M. Larimore
CLERK OF COURT

*(signature)*

(By) DEPUTY CLERK           DATE