UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23318-CIV-SEITZ/O'SULLIVAN

CARNIVAL CORP., *et al.*,

        Plaintiffs,

v.

ROLLS-ROYCE PLC, *et al.*,

        Defendants.

_____/

## AMENDED FINAL JUDGMENT

Based upon the Jury's Verdict and the Court's ruling on the post-trial motions, it is hereby

ORDERED that judgment is entered in favor of Plaintiffs, Carnival Corporation, Carnival plc, and Cunard Lines, Ltd., against Defendants, Rolls-Royce AB and Rolls-Royce plc, on the claims for fraud in the inducement and negligent misrepresentation in the amount of $16,788,000.00, with interest at the rate prescribed by 28 U.S.C. § 1961 beginning June 15, 2011.

It is further ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs on the claim for breach of the warranty of workmanlike performance, breach of the implied warranty of fitness for particular purpose, breach of the implied warranty of merchantability and violation of Florida's Deceptive and Unfair Trade Practices Act.

DONE AND ORDERED in Miami, Florida this 19th day of January, 2012.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record